```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 21666
    DORCELIA L YOUNG
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-0498


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/18/2007 and was not confirmed.

     The case was dismissed without confirmation 04/16/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------------
RFC SUBPRIME SCH         NOTICE ONLY     NOT FILED            .00            .00
RFC SUBPRIME SCH/SCH     CURRENT MORTG         .00            .00            .00
RFC SUBPRIME SCH/SCH     MORTGAGE ARRE         .00            .00            .00
HOME COMING FUNDING NE   UNSECURED       NOT FILED            .00            .00
AFNI INC                 UNSECURED       NOT FILED            .00            .00
WORLD FINANCIAL NETWORK  UNSECURED          266.69            .00            .00
ASSET ACCEPTANCE LLC     UNSECURED       NOT FILED            .00            .00
CAPITAL ONE              UNSECURED         6923.34            .00            .00
CHARMING SHOPPES         UNSECURED          616.65            .00            .00
CFS SUNTECH SERVICING    UNSECURED       NOT FILED            .00            .00
CFS SUNTECH SERVICING    UNSECURED       NOT FILED            .00            .00
CFS SUNTECH SERVICING    UNSECURED       NOT FILED            .00            .00
CFS SUNTECH SERVICING    UNSECURED       NOT FILED            .00            .00
CITICORP CREDIT SERVICES UNSECURED       NOT FILED            .00            .00
ECMC                     UNSECURED         3055.00            .00            .00
ECMC                     UNSECURED         2841.66            .00            .00
ECMC                     UNSECURED         1343.69            .00            .00
ECMC                     UNSECURED         1168.00            .00            .00
CITICORP CREDIT SERVICES UNSECURED       NOT FILED            .00            .00
GEMB/HH GREGG            UNSECURED       NOT FILED            .00            .00
H&F LAW                  UNSECURED       NOT FILED            .00            .00
HARRIS & HARRIS          UNSECURED       NOT FILED            .00            .00
HARVARD COLLECTION       UNSECURED       NOT FILED            .00            .00
MIDNIGHT VELVET          UNSECURED       NOT FILED            .00            .00
NCO FINANCIAL            UNSECURED         1107.39            .00            .00
NCO FIN/99               UNSECURED       NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED          382.21            .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED          380.42            .00            .00
WEST ASSET MANAGEMENT    UNSECURED       NOT FILED            .00            .00
WORLD FINANCIAL NETWORK  UNSECURED          241.68            .00            .00
WORLD FINANCIAL NETWORK  UNSECURED          599.49            .00            .00
WORLD FINANCIAL NETWORK  UNSECURED          407.24            .00            .00
WORLD FINANCIAL NETWORK  UNSECURED           37.20            .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY          .00                            .00
TOM VAUGHN               TRUSTEE                                             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 21666 DORCELIA L YOUNG
```

```
DEBTOR REFUND            REFUND                                      1,247.00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    1,247.00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                        1,247.00
                       ---------------         ---------------
TOTALS                     1,247.00                  1,247.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/16/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                              PAGE   2
          CASE NO. 07 B 21666 DORCELIA L YOUNG